JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VENEGAS JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK HASSAN; SHADIEH HASSAN; FMG, INC., a California Corporation; and DOES 1-10,<br><br>    Defendants. | Case No.: CV 14-3743 DSF (CWx)<br><br>**JUDGMENT**<br><br>Judge:   Hon. Dale S. Fischer |

    Plaintiff having dismissed without prejudice all claims against Defendant Shadieh Hassan; the Clerk having entered default against Defendants Mark Hassan and FMG, Inc.; and the Court having granted Plaintiff's application for default judgment in favor of Plaintiff and against Defendants Mark Hassan and FMG, Inc.,

    IT IS ORDERED AND ADJUDGED that judgment be entered against Defendants Mark Hassan and FMG, Inc. and in favor of Plaintiff for $4,000 in statutory damages and $4,200 in attorney's fees and costs.  Defendants Mark Hassan and FMG, Inc. are further ORDERED to bring the property located at 11819 Hadley Street, Whittier, CA into compliance with the Americans with Disabilities Act Accessibility Guidelines, 28 C.F.R., Pt. 36, App. D ¶¶ 4.3.8, 7.2(1), by, for instance, installing an entrance ramp in accordance with id. ¶¶ 4.7 or 4.8 and altering the

1 | window transaction counter so that it has "a maximum height of 36 in (915 mm)
2 | above the finish floor," id. ¶ 7.2(1).
3 |     All claims against any remaining DOE Defendants are DISMISSED WITH
4 | PREJUDICE.

Dated: 5/13/15

_____
Dale S. Fischer
United States District Judge